UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR - 4 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-25-138 |
| LEONARDO BAEZ-LARA<br>NORA ALICIA AVILA-GUEL | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about February 12, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**LEONARDO BAEZ-LARA
and
NORA ALICIA AVILA-GUEL,**

did knowingly and willfully conspire and agree with other persons known and unknown to the Grand Jurors to violate Title 8, United States Code, Section 1324(a)(1)(A)(iii), that is, the object of their conspiracy and agreement was to conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection by means of a building and other means of transportation, an alien who had come to, entered, and remained in the United States, in violation of law, and in furtherance of said alien's illegal presence in the United States.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

### COUNT TWO

On or about February 12, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**LEONARDO BAEZ-LARA
and
NORA ALICIA AVILA-GUEL,**

knowing and in reckless disregard of the fact that an alien, Roberto Ibarra Otero, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield and attempt to conceal, harbor and shield from detection such alien in buildings and other places and by means of transportation, in furtherance of such violation of law for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## COUNT THREE

On or about February 12, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**LEONARDO BAEZ-LARA**
**and**
**NORA ALICIA AVILA-GUEL,**

knowing and in reckless disregard of the fact that an alien, Gerardo Sanchez Martinez, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield and attempt to conceal, harbor and shield from detection such alien in buildings and other places and by means of transportation, in furtherance of such violation of law for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## NOTICE OF CRIMINAL FORFEITURE
[Title 18, United States Code, Section 982(a)(6)(A)]

Pursuant to Title 18, United States Code, Section 982(a)(6)(A), the United States gives notice to the Defendants, **Leonardo Baez-Lara and Nora Alicia Avila-Guel** that in the event of conviction of an offense in violations of Title 8 United States Code, Section 1324, all property, real or personal, involved in the offense, or traceable to such property, is subject to forfeiture.

## MONEY JUDGMENT; SUBSTITUTE ASSETS

The United States may seek the imposition of a money judgment. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Paul Marian* (signature)
_____
Paul Marian
Assistant United States Attorney