KODL
2/20/25

**BROWNSVILLE** DIVISION
FILE: 2025R01511
B-25-144-MJ

<u>INDICTMENT</u>
COUNTY: CAMERON

**CRIMINAL DOCKET**

Filed: <u>MARCH 4, 2025</u>

NO. <u>B-25-138</u>

Judge: **Fernando Rodriguez, Jr.**

ATTORNEYS:

UNITED STATES OF AMERICA

vs.

NICHOLAS J. GANJEI, USA

PAUL MARIAN, AUSA

LEONARDO BAEZ-LARA   (YOB: 1969)  Mexico
NORA ALICIA AVILA-GUEL (YOB: 1978)  Mexico

| CHARGE: | Ct. 1: | Conspiracy to transport and harbor certain aliens within the U.S. |
|---|---|---|
| Total | | 8 USC 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
| Counts | Ct. 2-3: | Harboring a certain alien within the U.S. (commercial advantage/private gain) |
| ( 3 ) | | 8 USC 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i) |
| | | **Notice of Forfeiture** |

PENALTY:  Ct. 1:   10 years and/or $250,000 plus 3 year supervised release term

Cts. 2-3:  up to 5 years (unless commercial advantage/private gain then up to 10 years) and/or a fine of up to $250,000, plus 3-year SRT as to each count

In Jail: X
On Bond:
No Arrest:
HSI: Dillon Duke

**P R O C E E D I N G S:**