

U.S. Department of Justice

*United States Attorney*
*Southern District of Texas*

600 E. Harrison, Ste. 201   Phone (956)548-2554
Brownsville, TX 78520      Fax (956)548-2711

Witnesses released on April ___, 2025

Honorable Karen Betancourt
United States Magistrate Judge
Brownsville, Texas 78520

_____
United States Magistrate Judge

In re: Witnesses in the case of U.S. vs. **LEONARDO BAEZ-LARA ET AL.**
Criminal No. **B-25-138**

Dear Judge Betancourt:

Please release the following from the material-witness affidavits to be then turned over to the immigration service for whatever action they deem appropriate.

**Gerando Emmanuel Sanchez-Martinez**

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*s/ Paul Marian*
PAUL MARIAN
Assistant U.S. Attorney
Fed. Bar No. 3312749
State Bar No. 24078919
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956)548-2554 / Fax: (956)548-2711