AO 110 Subpoena to Testify Before District Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

## SUBPOENA TO TESTIFY BEFORE DISTRICT COURT

**TO:  GERARDO SANCHEZ-MARTINEZ**
**Material Witness - Mexico**

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below. When you arrive, you must remain in the courtroom until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON ST.<br>BROWNSVILLE, TX | **APRIL 29, 2025** |

You must also bring with you the following:

**Contact OLGA DE LA ROSA (956)992-9403 to assist with your travel arrangements.
Bring this Subpoena & hand it to security at the courthouse entrance.**

PURSUANT TO AN INVESTIGATION BEING CONDUCTED BY **HOMELAND SECURITY INVESTIGATIONS** AS TO POSSIBLE FEDERAL VIOLATION, YOU ARE HEREBY REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA, FOR ANY SUCH DISCLOSURE COULD IMPEDE THE INVESTIGATION AND THEREBY INTERFERE WITH THE ENFORCEMENT OF LAW.

Date: **MARCH 27, 2025**

Nathan Ochsner,
CLERK OF COURT

Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the Assistant United States Attorney, who requests this subpoena:
PAUL MARIAN
Assistant U.S. Attorney
600 E. Harrison St., Ste. 201
Brownsville, Texas 78520
(956)548-2554

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Gerardo Sanchez - Martinez
was received by me on *(date)* 3/31/2025.

☑ I served the subpoena by delivering a copy to the named person as follows: Gerardo Sanchez - Martinez

on *(date)*: 3/31/2025 or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: 3/31/2025

_Presley Ritchie_
Server's signature

PRESLEY RITCHIE / SPECIAL AGENT HSI
Printed name and title

1717 Zoy Street Harlingen, TX 78552
Server's address

Additional information regarding attempted service, etc:

AO 110 Subpoena to Testify Before District Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

## SUBPOENA TO TESTIFY BEFORE DISTRICT COURT

**TO: ROBERTO IBARRA-OTERO**
    **Material Witness - Mexico**

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below. When you arrive, you must remain in the courtroom until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON ST.<br>BROWNSVILLE, TX | **APRIL 29, 2025** |

You must also bring with you the following:

**Contact OLGA DE LA ROSA (956)992-9403 to assist with your travel arrangements.
Bring this Subpoena & hand it to security at the courthouse entrance.**

PURSUANT TO AN INVESTIGATION BEING CONDUCTED BY **HOMELAND SECURITY INVESTIGATIONS** AS TO POSSIBLE FEDERAL VIOLATION, YOU ARE HEREBY REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA, FOR ANY SUCH DISCLOSURE COULD IMPEDE THE INVESTIGATION AND THEREBY INTERFERE WITH THE ENFORCEMENT OF LAW.

Nathan Ochsner,
CLERK OF COURT

Date: **APRIL 7, 2025**

Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the Assistant United States Attorney, who requests this subpoena:
PAUL MARIAN
Assistant U.S. Attorney
600 E. Harrison St., Ste. 201
Brownsville, Texas 78520
(956)548-2554

AO 110 Subpoena to Testify Before District Court

## PROOF OF SERVICE

This subpoena for (name of individual or organization) ROBERTO IBARRA-OTERO
was received by me on (date) 4/7/2025.

☒ I served the subpoena by delivering a copy to the named person as follows: ROBERTO IBARRA-OTERO
on (date); 4/7/2025 or

☐ I returned the subpoena unexecuted because:

I declare under penalty of perjury that this information is true.

Date: 4/7/2025

Server's signature

DILLON DUKE / SPECIAL AGENT - HSI
Printed name and title

1717 ZOY ST., HARLINGEN, TX
Server's address

Additional information regarding attempted service, etc: