UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA** §

    **vs.** §     **CRIM. NO. B-25-138**

**LEONARDO BAEZ-LARA** §
**NORA ALICIA AVILA-GUEL**

## <u>GOVERNMENT'S SECOND AMENDED NOTICE OF INTENT TO OFFER EXTRANEOUS OFFENSES</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas, by and through the undersigned Assistant United States Attorneys, and files this notice to defendants.

The Government may intend to use one or more of the following extraneous offenses in this trial to show motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, as provided by Rule 404(b) of the Rules of Evidence.

Defendants' knowledge of illegal status based on their failure to file Employment Eligibility Verification (USCIS Form I-9) employment record for employees unauthorized to work in the United States. Statement(s) made during interview of Defendants:

Offense: Failure to fill out or file USCIS Form I-9 for employees unauthorized to work in the United States but employed under AB LLC
Date of Offense: on or about February 12, 2025
Date of Conviction: None
Jurisdiction: Cameron County, Texas

Offense: Failure to participate in H-2B Program or any other non-immigrant visa program, or use E-Verify in hiring process
Date of Offense: on or about February 12, 2025
Date of Conviction: None
Jurisdiction: Cameron County, Texas

1

Offense: Unlawful Employment of Illegal Aliens Gerardo Sanchez-Martinez and Roberto Ibarra-Otero at Abby's Bakery/Dulce's Café restaurant
Date of Offense: on or about February 12, 2025
Date of Conviction: None
Jurisdiction: Cameron County, Texas

Offense: Transportation of illegal alien Roberto Ibarra-Otero by Leonardo Baez from a house where he was smuggled into the U.S. by human smugglers, to Abby's Bakery/Dulce's Café restaurant complex
Date of Offense: on or about 2.5 years before February 12, 2025 (approx. June 15, 2022)
Date of Conviction: None
Jurisdiction: Cameron County, Texas

Offense: Unlawful Employment of B1/B2 Visa Holders Jose Lara-Carrizalez, Guillermina Servin-Sanchez, Carlos Castellanos-Castillo, Moises Manzano-Lara, Alexis Torres-Baez, Jose Morales-Guerrero, who lacked the right to work at Abby's Bakery/Dulce's Café restaurant
Date of Offense: on or about February 12, 2025
Date of Conviction: None
Jurisdiction: Cameron County, Texas

Offense: Unlawful Employment of Illegal Alien Gerardo Sanchez-Martinez to mow lawn at Leonardo Baez's house
Date of Offense: once between on or about November 2024 to February 12, 2025
Date of Conviction: None
Jurisdiction: Cameron County, Texas

The Government respectfully gives notice of the possible use of any of the above-mentioned extraneous offenses. Additionally, the Government will approach the court before questioning any witness in regard to these offenses.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

**_s/ Paul Marian_**
PAUL MARIAN
Assistant U.S. Attorney

2

State Bar No. 24078919
Federal Bar No. 3312749
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956)548-2554 / Fax: (956)548-2711

*s/BALTAZAR SALAZAR*
BALTAZAR SALAZAR
Assistant U.S. Attorney
State Bar No. 24106385
Federal Bar No. 3135288
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956)548-2554 / Fax: (956)548-2711

## CERTIFICATE OF SERVICE

I, hereby certify that on **June 23, 2025**, a copy of Government's Second Notice of Intent to Offer Extraneous Offenses was served on defense counsel via Notification of Electronic Filing.

*s/ Paul Marian*
PAUL MARIAN
Assistant U.S. Attorney