United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. 1:25-CR-00138-1,2 |
| LEONARDO BAEZ-LARA, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

The Court **ORDERS** the jury to be semi-sequestered and that they remain in the jury room during their deliberation and that they eat lunch in the jury room. The Clerk shall provide lunch meals for the seated jury for the duration of the deliberations. This action will not only help ensure the privacy of the jurors during their deliberations, but may also ultimately save resources.

Signed on August 13, 2025.

Fernando Rodriguez, Jr.
United States District Judge