| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America | United States Courts<br>Southern District of Texas<br>FILED<br>*August 13, 2025*<br>Nathan Ochsner, Clerk of Court | Brownsville Division |
| vs. | | Criminal No. **B-25-138** |
| **LEONARDO BAEZ-LARA,**<br>**NORA ALICIA AVILA-GUEL** | | **EXHIBIT LIST** |
| List of United States of America | | AUSA: Paul Marian<br>& Baltazar Salazar |
| Judge Fernando Rodriguez, Jr. | | |

| No. | Exhibit Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1. | Defendant Baez Photo Lineup – MW Ibarra-Otero | | | ✓ | 8/11/2025 |
| 2. | Defendant Avila Photo Lineup – MW Ibarra-Otero | | | ✓ | 8/11/2025 |
| 3. | Waiver of Rights Form – MW Ibarra-Otero | | | ✓ | 8/11/2025 |
| 4-11. | Pictures of Suite/Unit 5 of the Abby's Bakery/Dulce's Café restaurant complex | | | ✓ | 8/11/2025 |
| 12. | Defendant Baez Photo Lineup – MW Sanchez-Martinez | | | ✓ | 8/11/2025 |
| 13. | Defendant Avila Photo Lineup – MW Sanchez-Martinez | | | ✓ | 8/11/2025 |
| 14. | Waiver of Rights Form – Sanchez-Martinez | | | ✓ | 8/11/2025 |
| 15. | Video Deposition – MW Ibarra-Otero | | | | |
| 16. | Video Deposition – MW Sanchez-Martinez | | | | |
| 17. | Deposition Transcript – MW Ibarra-Otero | | | ✓ | 8/11/2025 |
| 18. | Deposition Transcript – MW Sanchez-Martinez | | | ✓ | 8/11/2025 |
| 19. | Video IMG_8158 – February 12, 2025 | | | ✓ | 8/11/2025 |
| 20. | Transcript IMG 8158 – February 12, 2025 | | | ✓ | 8/11/2025 |
| 21. | Antonia Davila transcriber CV | | | ✓ | 8/11/2025 |
| 22. | Questionnaire – Agent G. Garcilazo | | | ✓ | 8/11/2025 |
| 23. | | | | | |
| 24. | | | | | |