UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:25-CR-138-1 |
| | § | |
| LEONARDO BAEZ-LARA | § | |

## **ORDER**

The Court has considered Defendant Leonardo Baez-Lara's Unopposed Motion for Continuance of Sentencing Hearing (Doc. 176) and finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Defendant Leonardo Baez-Lara's Unopposed Motion for Continuance of Sentencing Hearing (Doc. 176) is **GRANTED**; and

**ORDERED** that this case is continued for sentencing from December 17, 2025, to **January 21, 2026** at **8:30 a.m**.

SIGNED on December 11, 2025

_____
Fernando Rodriguez, Jr
United States District Judge