UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *vs*., | § | CASE NO. <u>1:25-CR-138-2</u> |
| | § | |
| NORA ALICIA AVILA - GUEL. | § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FERNANDO RODRIGUEZ, JR.:

Comes now, Nora Alicia Avila - Guel (<u>Defendant</u>) in the above styled and numbered cause and gives her <u>Notice of Appeal</u> to the Fifth Circuit Court of Appeals from the judgment rendered against her at sentencing before the District Court Judge in the above-styled and numbered cause. This notice is filed within 14 days of the signing of the judgment in this case.

Dated: February 3, 2026

Respectfully submitted,

By: <u>/s/ *Cesar de Leon*</u>
Cesar de Leon (S.D.T.X No. 2202339)
LAW FIRM OF CESAR DE LEON PLLC
622 East St. Charles
Brownsville Texas 78520
Telephone +1.956.551.1327
Facsimile +1.956.338.5897
Email: cesar@cesardeleonlaw.com

Jaime Diez
(S.D.T.X No. 23118)
DIEZ AND CRANE
PO Box 3070
Brownsville, Texas 78523
Telephone: (956) 544-3565

Counsels for Defendant Nora Alicia Avila-Guel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and a copy was electronically mailed on this 03rd day of February 2026 to the following:

| Parties Served | Method of Service |
|---|---|
| Hon. Luis Salazar<br>Assistant United States Attorney<br>Luis.Salazar2@usdoj.gov<br><br>Hon. Baltazar Salazar<br>Assistant United States Attorney<br>Baltazar.Salazar@usdoj.gov<br><br>United States Attorney's Office for the<br>Southern District of Texas – Brownsville<br>600 E. Harrison St. Ste 201<br>Brownsville, Texas 78520 | _____ Regular Mail<br>_____ Certified Mail, RRR<br>_____ Hand Delivery<br>_____ Facsimile<br>\_\_\_X\_\_\_ Electronic Mail |

/s/ Cesar de Leon
Cesar de Leon